UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

NOELLE L. TAYLOR,

          Plaintiff,

v.                                  Civil Action No. 3:10cv737

SYNERGETIC COMMUNICATION, INC.,

          Defendant.

### ORDER OF DISMISSAL

This cause came to be heard upon the representations of counsel for plaintiff that the matters at issue between plaintiff and defendant heretofore filed in this case had been settled.

UPON CONSIDERATION WHEREOF, it appearing to the Court that the claim set forth in the complaint filed herein by the plaintiff against the defendant had been settled and that said complaint should be dismissed with prejudice, it is therefore,

ORDERED, ADJUDGED and DECREED that the complaint heretofore filed by the Plaintiff against Synergetic Communication, Inc. and it is hereby dismissed with prejudice. And nothing further, this matter is stricken from the docket and placed among the ended causes.

ENTER:

DATE: December  /  , 2010

_____/s/_____  REP
Judge
Robert F. Payne

I ASK FOR THIS:

_____
John Cole Gayle, Jr.
VSB No. 018833
The Consumer Law Group, P.C.
5905 West Broad Street, Suite 303
Richmond, Virginia 23230
(804) 282-7900
(804) 673-0316 fax
jgayle@theconsumerlawgroup.com